**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OHIO MULCH SUPPLY, INC.**, *et al.*,

      **Plaintiffs,**

  v.                                **Civil Action 2:25-cv-180**
                                      **Judge Michael H. Watson**
**HD HYUNDAI INFRACORE CO., LTD**, *et al.*,    **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

**<u>ORDER</u>**

      This matter is before the Court on parties' Stipulation to Remand Removed Action, which the Court construes as a motion to remand. (ECF No. 24.) For good cause shown, the Motion is **GRANTED**.  This action is hereby remanded to the Franklin County Court of Common Pleas.

      **IT IS SO ORDERED.**

                                                              /s/ *Chelsey M. Vascura*
                                                             CHELSEY M. VASCURA
                                                             UNITED STATES MAGISTRATE JUDGE